

SCHEURER HOSPITAL
ATTN: TERRY LUTZ
170 NORTH CASEVILLE ROAD
PIGEON, MI 48755

INVOICE # 595807
MARCH 8, 2011

CLIENT # 4202

FOR SERVICES THROUGH FEBRUARY 28, 2011

RE: LEHMAN BROTHERS SWAP

MATTER # 1

## PROFESSIONAL SERVICES

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| 2/23/11 | EMS | 3.00 | Prepare for and participate in conference with Mr. Terry Lutz regarding ; prepare for and participate in conference with Attorney Satoka Koyama of Lehman; consideration of                     terms and conditions. |
| 2/24/11 | EMS | 2.75 | Prepare comments to                                   e-mail correspondence to Attorney Satoko Koyama              outline argument for anticipated follow-up discussion with Mr. Koyama; review and analysis of recent Lehman opinion and related bankruptcy pleadings. |
| 2/28/11 | EMS | 0.50 | E-mail correspondence to and from Attorney Satoko Koyama regarding                                              ; prepare additional comments to same. |
| **Total Professional Services** | | | **$1,968.75** |

**INVOICE TOTAL**                                                                            $1,968.75

Page 1

Exhibit 22

SH000820



INVOICE # 595807
MARCH 8, 2011

4202 - 1
LEHMAN BROTHERS SWAP

## OUTSTANDING ACCOUNTS RECEIVABLE

| INVOICE | DATE | INVOICE AMT | PAYMENTS | BALANCE |
|---------|------|-------------|----------|---------|
| 594448 | 2/23/11 | $6,000.00 | $0.00 | $6,000.00 |

**RETAINER BALANCE**            **$1,200.00**

| | | |
|---|---|---|
| Prior Balance | $ | 6,000.00 |
| Current Invoice | $ | 1,968.75 |
| **TOTAL DUE** | $ | 7,968.75 |

Page 2

SH000821



**SZD**
*SCHOTTENSTEIN
ZOX & DUNN CO. LPA*

Tax ID: 31-0980025

Please return this advice with payment to:

Schottenstein, Zox & Dunn
L - 2461
Columbus, Ohio   43260-2461

CLIENT # 4202                                      SCHEURER HOSPITAL
MATTER # 1
RE: LEHMAN BROTHERS SWAP

| Invoice Number | Date | | Amount |
|---|---|---|---|
| 595807 | **MARCH 8, 2011** | $ | 1,968.75 |
| | Prior Balance | $ | 6,000.00 |
| | **TOTAL DUE** | $ | 7,968.75 |

*Thank you*
*Your business is greatly appreciated*

SH000822



SCHEURER HOSPITAL
ATTN: MR. TERRY LUTZ
170 NORTH CASEVILLE ROAD
PIGEON, MI 48755

INVOICE # 597406
APRIL 6, 2011

CLIENT # 4202

FOR SERVICES THROUGH MARCH 31, 2011

RE: LEHMAN BROTHERS SWAP                    MATTER # 1

## PROFESSIONAL SERVICES

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| 3/07/11 | EMS | 0.25 | E-mail correspondence to and from Attorney Satoko Koyama regarding |
| 3/11/11 | EMS | 0.50 | Finalize                          Agreement; e-mail correspondence to and from Attorney Satoko Koyama                ; e-mail correspondence to Mr. Terry Lutz |
| 3/15/11 | EMS | 1.50 | Attention to response to Lehman document requests; e-mail correspondence to Attorney Satoko Koyama regarding same; commence document production. |
| 3/16/11 | EMS | 0.50 | Review and analysis of recent pleadings filed in Lehman bankruptcy; attention to document production matters. |
| 3/22/11 | EMS | 2.25 | Prepare for and participate in initial conference with Mr. Geoffrey Fitzgerald of Lehman; consideration of Lehman arguments raised during conference; review and analysis of materials related to |
| 3/24/11 | EMS | 1.50 | Prepare for and participate in conference with Mr. Geoffrey Fitzgerald, Attorney Satoko Koyama and Mr. Jason Rizzo of Lehman regarding |
| 3/28/11 | EMS | 0.25 | Conference with Mr. Terry Lutz regarding consideration of Lehman's            arguments                consideration of arguments                , further review and analysis of |

SH000823



INVOICE # 597406
APRIL 6, 2011

4202 - 1
LEHMAN BROTHERS SWAP

| | |
|---|---|
| **Total Professional Services** | **$2,126.25** |

**INVOICE TOTAL** $2,126.25

**RETAINER BALANCE** $1,200.00

SH000824



Tax ID: 31-0980025

Please return this advice with payment to:     **Schottenstein, Zox & Dunn**
**L - 2461**
**Columbus, Ohio   43260-2461**

CLIENT # 4202                                    SCHEURER HOSPITAL
MATTER # 1
RE: LEHMAN BROTHERS SWAP

| Invoice Number | Date | | Amount |
|---|---|---|---|
| 597406 | APRIL 6, 2011 | $ | 2,126.25 |
| | | **TOTAL DUE**   $ | **2,126.25** |

*Thank you*
*Your business is greatly appreciated*



Tax ID: 31-0980025

Please return this advice with payment to:

Schottenstein, Zox & Dunn
L - 2461
Columbus, Ohio  43260-2461

CLIENT # 4202                        SCHEURER HOSPITAL
MATTER # 1
RE: LEHMAN BROTHERS SWAP

| Invoice Number | Date | | | Amount |
|---|---|---|---|---|
| 600314 | JUNE 7, 2011 | | $ | 2,283.75 |
| | | Prior Balance | $ | 2,126.25 |
| | | **TOTAL DUE** | $ | 4,410.00 |

*PAYMENTS MADE JUST PRIOR TO THIS INVOICE MAY*
*NOT BE CREDITED ON THE ACCOUNT*

*Thank you*
*Your business is greatly appreciated*

SH000826



SCHEURER HOSPITAL
ATTN: TERRY LUTZ
170 NORTH CASEVILLE ROAD
PIGEON, MI 48755

INVOICE # 600314
JUNE 7, 2011

CLIENT # 4202

FOR SERVICES THROUGH MAY 31, 2011

RE: LEHMAN BROTHERS SWAP                    MATTER # 1

## PROFESSIONAL SERVICES

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| 5/02/11 | EMS | 0.50 | Review and analysis of recently filed pleadings in Lehman bankruptcy; prepare for and participate in conference with Attorney Lawrence Brandman of Lehman regarding . |
| 5/05/11 | EMS | 2.00 | Prepare for and participate in settlement discussion with Attorney Lawrence Brandman of Lehman; consideration of arguments advanced by Lehman in connection with same. |
| 5/06/11 | EMS | 1.75 | Consideration of arguments advanced by Attorney Lawrence Brandman of Lehman and counter arguments to same. |
| 5/09/11 | EMS | 0.75 | Conference with Mr. Terry Lutz regarding attention to same. |
| 5/12/11 | EMS | 0.25 | Review and analysis of recent pleadings filed in Lehman bankruptcy; e-mail correspondence to Attorney Lawrence Brandman regarding |
| 5/13/11 | EMS | 0.50 | Review and analysis of recent pleadings filed in Lehman bankruptcy; |
| 5/23/11 | EMS | 0.25 | Consideration of . review and analysis of recent pleadings filed in Lehman bankruptcy. |

SH000827



*SZD*

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| 5/24/11 | EMS | 0.50 | Review and analysis of recent pleadings filed in Lehman bankruptcy; consideration of additional |
| 5/31/11 | EMS | 0.75 | Exchange communication with Attorney Lawrence Brandman of Lehman; prepare for conference with Mr. Brandman. |

| **Total Professional Services** | **$2,283.75** |
|---|---|

| **INVOICE TOTAL** | **$2,283.75** |
|---|---|

SH000828



INVOICE # 600314
JUNE 7, 2011

4202 - 1
LEHMAN BROTHERS SWAP

## OUTSTANDING ACCOUNTS RECEIVABLE

| INVOICE | DATE | INVOICE AMT | PAYMENTS | BALANCE |
|---------|------|-------------|----------|---------|
| 598856 | 5/06/11 | $2,126.25 | $0.00 | $2,126.25 |

**RETAINER BALANCE**     **$1,200.00**

|  |  |  |
|---|---|---|
| Prior Balance | $ | 2,126.25 |
| Current Invoice | $ | 2,283.75 |
|  |  |  |
| **TOTAL DUE** | $ | **4,410.00** |

*IF PAYMENT HAS ALREADY BEEN SUBMITTED ON ANY OF THE
INVOICES LISTED, PLEASE DISREGARD THOSE INVOICES*

SH000829



Tax ID: 31-0980025

Please return this advice with payment to:

Schottenstein, Zox & Dunn
L - 2461
Columbus, Ohio   43260-2461

CLIENT # 4202
MATTER # 1
RE: LEHMAN BROTHERS SWAP

SCHEURER HOSPITAL

| Invoice Number | Date | | Amount |
|---|---|---|---|
| 601893 | JULY 7, 2011 | $ | 3,937.50 |
| | | **TOTAL DUE** $ | **3,937.50** |

Ok *JP2*

7-14-11

*Thank you*
*Your business is greatly appreciated*

SH000830



SCHEURER HOSPITAL
ATTN: TERRY LUTZ
170 NORTH CASEVILLE ROAD
PIGEON, MI 48755

INVOICE # 601893
JULY 7, 2011

CLIENT # 4202

FOR SERVICES THROUGH JUNE 30, 2011

RE: LEHMAN BROTHERS SWAP                      MATTER # 1

## PROFESSIONAL SERVICES

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| 6/01/11 | EMS | 0.50 | Consideration of additional fax termination arguments and recent Lehman activity. |
| 6/07/11 | EMS | 0.25 | Review and analysis of recent pleadings filed in Lehman bankruptcy. |
| 6/08/11 | EMS | 0.25 | Review and analysis of recent pleadings filed in Lehman bankruptcy; e-mail correspondence to Attorney Lawrence Brandman seeking follow-up conference. |
| 6/09/11 | EMS | 0.25 | Review and analysis of recent pleadings filed in Lehman bankruptcy; exchange communications with Attorney Lawrence Brandman |
| 6/10/11 | EMS | 1.25 | Prepare for and participate in conference with Attorney Lawrence Brandman of Lehman regarding |
| 6/13/11 | EMS | 2.25 | Investigate counter arguments to Lehman's position that              is not applicable payment measure in context of post-petition termination; consideration of ipso facto arguments advanced by Lehman; review and analysis of various ISDA statements and derivatives industry materials related to same. |
| 6/14/11 | EMS | 3.50 | Prepare correspondence to Mr. Terry Lutz outlining Lehman                positions; investigate      and              enforceability. |
| 6/15/11 | EMS | 0.50 | Consideration of next steps with Lehman; review and analysis of recently filed pleadings in Lehman bankruptcy. |

Page 1

SH000831



INVOICE # 601893
JULY 7, 2011

4202 - 1
LEHMAN BROTHERS SWAP

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| 6/16/11 | EMS | 0.50 | E-mail correspondence to and from Mr. Terry Lutz regarding         e-mail correspondence to and from Attorney Lawrence Brandman regarding               review and analysis of recent pleadings filed in Lehman bankruptcy. |
| 6/20/11 | EMS | 0.25 | Consideration of Lehman strategy matters. |
| 6/28/11 | EMS | 0.25 | Review and analysis of recent pleadings filed in Lehman bankruptcy; attention to |
| 6/30/11 | EMS | 2.75 | Prepare for and participate in conference with Mr. Dwight Gascho and Mr. Terry Lutz regarding                                          ; email correspondence to Attorney Lawrence Brandman regarding detail for       Lehman Brothers; further consideration of |

| | |
|---|---|
| **Total Professional Services** | **$3,937.50** |

| | |
|---|---|
| **INVOICE TOTAL** | **$3,937.50** |
| **RETAINER BALANCE** | **$1,200.00** |

SH000832



Tax ID: 31-0980025

Please return this advice with payment to:     **Schottenstein, Zox & Dunn**
                                                **L - 2461**
                                                **Columbus, Ohio   43260-2461**

CLIENT # 4202                          SCHEURER HOSPITAL
MATTER # 1
RE: LEHMAN BROTHERS SWAP

| Invoice Number | Date | | Amount |
|---|---|---|---|
| 603271 | AUGUST 4, 2011 | $ | 1,890.00 |
| | **TOTAL DUE** | **$** | **1,890.00** |

*Thank you*
*Your business is greatly appreciated*

SH000833



SCHEURER HOSPITAL
ATTN: TERRY LUTZ
170 NORTH CASEVILLE ROAD
PIGEON, MI 48755

INVOICE # 603271
AUGUST 4, 2011

CLIENT # 4202

FOR SERVICES THROUGH JULY 31, 2011

RE: LEHMAN BROTHERS SWAP                    MATTER # 1

## PROFESSIONAL SERVICES

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| 7/01/11 | EMS | 0.75 | Attention to Lehman strategy matters; conference with Attorney Lawrence Brandman. |
| 7/05/11 | EMS | 1.50 | Consideration of next steps; review and analysis of disclosure statement filed in Lehman bankruptcy and related pleadings; attention to Lehman damages calculation. |
| 7/07/11 | EMS | 0.25 | Review and analysis of recent pleadings filed in Lehman bankruptcy. |
| 7/08/11 | EMS | 0.25 | Review and analysis of recent pleadings filed in Lehman bankruptcy. |
| 7/12/11 | EMS | 0.25 | Review and analysis of recent pleadings filed in Lehman bankruptcy; e-mail correspondence to and from client regarding status. |
| 7/15/11 | EMS | 0.25 | Conference with Attorney Lawrence Brandman of Lehman regarding status; e-mail correspondence to client regarding same. |
| 7/21/11 | EMS | 0.25 | Investigate municipal derivatives class action. |
| 7/26/11 | EMS | 1.25 | Prepare for and participate in conference with Attorney Lawrence Brandman seeking to resolve swap demand. |
| 7/27/11 | EMS | 1.00 | E-mail correspondence to Attorney Lawrence Brandman |
| 7/28/11 | EMS | 0.25 | Review and analysis of recent pleadings filed in Lehman bankruptcy. |

SH000834



INVOICE # 603271
AUGUST 4, 2011

4202 - 1
LEHMAN BROTHERS SWAP

| Total Professional Services | $1,890.00 |
|---|---|

**INVOICE TOTAL** $1,890.00

**RETAINER BALANCE** $1,200.00

SH000835



SCHEURER HOSPITAL
ATTN: TERRY LUTZ
170 NORTH CASEVILLE ROAD
PIGEON, MI 48755

INVOICE # 604707
SEPTEMBER 7, 2011

CLIENT # 4202

FOR SERVICES THROUGH AUGUST 31, 2011

RE: LEHMAN BROTHERS SWAP                    MATTER # 1

## PROFESSIONAL SERVICES

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| 8/01/11 | EMS | 1.00 | Conference with Attorney Lawrence Brandman regarding status; consideration of same; e-mail correspondence to Mr. Dwight Gascho and Mr. Terry Lutz regarding |
| 8/02/11 | EMS | 0.50 | Conference with Mr. Dwight Gascho regarding matters; review and analysis of recent pleadings filed in Lehman bankruptcy. |
| 8/16/11 | EMS | 0.25 | E-mail correspondence to and from Attorney Lawrence Brandman of Lehman regarding status. |
| 8/18/11 | EMS | 0.25 | Review and analysis of recent pleadings filed in Lehman bankruptcy. |
| 8/24/11 | EMS | 0.50 | Prepare for and participate in conference with Attorney Lawrence Brandman of Lehman regarding : e-mail correspondence to client in connection with same. |
| 8/30/11 | EMS | 0.25 | Review and analysis of recent pleadings filed in Lehman bankruptcy. |

| Total Professional Services | $866.25 |
|---|---|

INVOICE TOTAL

RETAINER BALANCE                    $1,200.00

$866.25

ok-1/2

Page 1

SH000836



Tax ID: 31-0980025

Please return this advice with payment to:

Schottenstein, Zox & Dunn
L - 2461
Columbus, Ohio   43260-2461

CLIENT # 4202                                    SCHEURER HOSPITAL
MATTER # 1
RE: LEHMAN BROTHERS SWAP

| Invoice Number | Date | | Amount |
|---|---|---|---|
| 604707 | SEPTEMBER 7, 2011 | $ | 866.25 |
| | TOTAL DUE | $ | 866.25 |

*Thank you*
*Your business is greatly appreciated*



| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| 9/23/11 | EMS | 1.50 | Review and analysis of proposed                    circulated by Lehman; consideration of proposed revisions thereto, including any necessary revisions to                    ; e-mail correspondence to and from Mr. Terry Lutz regarding                    ; attention to additional           matters. |
| 9/26/11 | EMS | 0.25 | Attention to status of                    ; e-mail correspondence to client regarding same; review and analysis of recent pleadings filed in Lehman bankruptcy. |
| 9/28/11 | EMS | 0.25 | Review and analysis of recent pleadings filed in Lehman bankruptcy. |
| 9/29/11 | EMS | 0.50 | E-mail correspondence to, and conference with, Mr. Anatoly Kozlov of Lehman regarding                    attention to next steps and general Lehman |

| **Total Professional Services** | **$2,730.00** |
|---|---|

**INVOICE TOTAL**                                                      $2,730.00

OK-J92

SH000838



SCHEURER HOSPITAL
ATTN: TERRY LUTZ
170 NORTH CASEVILLE ROAD
PIGEON, MI 48755

INVOICE # 606204
OCTOBER 7, 2011

CLIENT # 4202

FOR SERVICES THROUGH SEPTEMBER 30, 2011

RE: LEHMAN BROTHERS SWAP                    MATTER # 1

### PROFESSIONAL SERVICES

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| 9/06/11 | EMS | 0.75 | Conference with Attorney Lawrence Brandman of Lehman regarding _____ e-mail correspondence to Mr. Dwight Gascho regarding same; review and consideration of audit letter request. |
| 9/07/11 | HKB | 1.50 | Attention to response to client's request to provide information to Wipfli LLP in connection with their examination of the financial status of client as of June 30, 2011. |
| 9/07/11 | EMS | 0.50 | E-mail correspondence to and from Mr. Dwight Gascho regarding _____ ; attention to audit request. |
| 9/12/11 | EMS | 0.25 | E-mail correspondence to and from Attorney Lawrence Brandman regarding |
| 9/14/11 | EMS | 2.50 | Prepare swap summary in connection with audit letter request; conference with Attorney Lawrence Brandman regarding _____ ; e-mail correspondence to and from client regarding same; attention to next steps. |
| 9/16/11 | JDR | 0.75 | Attention to response to client's request to provide information to Wipfli, LLP in connection with their examination of the financial statements of client as of June 30, 2011. |
| 9/16/11 | EMS | 0.25 | Attention to audit review. |
| 9/22/11 | EMS | 0.25 | Initial review of _____ by Lehman. |

Page 1

SH000839



*SZD*

INVOICE # 606204                             4202 - 1
OCTOBER 7, 2011                              LEHMAN BROTHERS SWAP

## OUTSTANDING ACCOUNTS RECEIVABLE

| INVOICE | DATE | INVOICE AMT | PAYMENTS | BALANCE |
|---------|------|-------------|----------|---------|
| 604707 | 9/07/11 | $866.25 | $0.00 | $866.25 |

**RETAINER BALANCE**                    $1,200.00

|  |  |  |
|---|---|---|
| **Prior Balance** | $ | 866.25 |
| Current Invoice | $ | 2,730.00 |
| **TOTAL DUE** | $ | **3,596.25** |

Page 3

SH000840



*SZD*
*SCHOTTENSTEIN*
*ZOX & DUNN Co., LPA*

SCHEURER HOSPITAL
ATTN: TERRY LUTZ
170 NORTH CASEVILLE ROAD
PIGEON, MI 48755

INVOICE # 598856
MAY 6, 2011

CLIENT # 4202

FOR SERVICES THROUGH APRIL 30, 2011

RE: LEHMAN BROTHERS SWAP                    MATTER # 1

### PROFESSIONAL SERVICES

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| 4/06/11 | EMS | 0.50 | Review and analysis of recent pleadings filed in Lehman bankruptcy; e-mail correspondence to and from Mr. Geoffrey Fitzgerald of Lehman regarding status. |
| 4/11/11 | EMS | 0.25 | Review and analysis of recent pleadings filed in Lehman bankruptcy. |
| 4/12/11 | EMS | 0.25 | Attention to status of Lehman demands. |
| 4/13/11 | EMS | 0.25 | Attention to status of Lehman documents and next steps. |
| 4/14/11 | EMS | 0.25 | Attention to e-mail from Mr. Geoffrey Fitzgerald of Lehman. |
| 4/15/11 | EMS | 1.50 | Conference with Mr. Geoffrey Fitzgerald regarding attention to status of Lehman winddown efforts, pertinent litigation matters and overall Lehman actions with respect to derivative counter parties. |
| 4/18/11 | EMS | 0.25 | Review and analysis of                    order; consideration of requirements of same and next steps. |
| 4/20/11 | EMS | 0.25 | Attention to                    recent Lehman developments. |
| 4/21/11 | EMS | 0.50 | Prepare for and participate in conference with Mr. Terry Lutz regarding status. |
| 4/25/11 | EMS | 1.00 | Consideration of                    review and analysis of recent pleadings filed in Lehman bankruptcy; prepare for upcoming conference with Lehman representatives. |

Page 1

SH000841



INVOICE # 598856                                    4202 - 1
MAY 6, 2011                                         LEHMAN BROTHERS SWAP

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| 4/27/11 | EMS | 1.25 | Prepare for and participate in conference with Mr. Geoffrey Fitzgerald of Lehman ; |
| 4/29/11 | EMS | 0.50 | Research legal theories recently being asserted by Lehman. |
| **Total Professional Services** | | | **$2,126.25** |

**INVOICE TOTAL**                                              **$2,126.25**

**RETAINER BALANCE**                    **$1,200.00**

Page 2

SH000842



Tax ID: 31-0980025

Please return this advice with payment to:     **Schottenstein, Zox & Dunn**
                                               **L - 2461**
                                               **Columbus, Ohio   43260-2461**

CLIENT # 4202                        SCHEURER HOSPITAL
MATTER # 1
RE: LEHMAN BROTHERS SWAP

| Invoice Number | Date | | Amount |
|---|---|---|---|
| 598856 | MAY 6, 2011 | $ | 2,126.25 |
| | TOTAL DUE | $ | 2,126.25 |

*Thank you*
*Your business is greatly appreciated*

SH000843



SCHOTTENSTEIN
ZOX & DUNN CO. LPA

SCHEURER HOSPITAL
ATTN: TERRY LUTZ
170 NORTH CASEVILLE ROAD
PIGEON, MI 48755

INVOICE # 607723
NOVEMBER 11, 2011

CLIENT # 4202

FOR SERVICES THROUGH OCTOBER 31, 2011

RE: LEHMAN BROTHERS SWAP                          MATTER # 1

## PROFESSIONAL SERVICES

| Date | Initials | Hours | Description |
|------|----------|-------|-------------|
| | EMS | 0.25 | e-mail correspondence to Mr. Dwight Gascho and Mr. Terry Lutz regarding same. |
| | EMS | 0.75 | Conference with Mr. Anatoly Kozlov of Lehman regarding ; e-mail correspondence to and from Mr. Dwight Gascho and Mr. Terry Lutz regarding attention to remaining items. |
| | EMS | 0.25 | E-mail correspondence to Mr. Dwight Gascho and Mr. Terry Lutz regarding |
| | EMS | 0.25 | e-mail correspondence to and from client and Lehman regarding same. |
| 10/31/11 | EMS | 0.25 | Conference with Mr. Dwight Gascho and Mr. Terry Lutz regarding |
| **Total Professional Services** | | | **$551.25** |

Page 1

SH000844



INVOICE # 607723
NOVEMBER 11, 2011

4202 - 1
LEHMAN BROTHERS SWAP

**INVOICE TOTAL** $551.25

**LESS RETAINER APPLIED** -$551.25

**TOTAL AMOUNT DUE** $0.00

**RETAINER BALANCE** $648.75

Page 2

SH000845



SCHOTTENSTEIN
ZOX & DUNN CO., LPA

Tax ID: 31-0980025

**Please return this advice with payment to:**

Schottenstein, Zox & Dunn
L - 2461
Columbus, Ohio   43260-2461

CLIENT # 4202
MATTER # 1
RE: LEHMAN BROTHERS SWAP

SCHEURER HOSPITAL

| Invoice Number | Date | | Amount |
|---|---|---|---|
| 607723 | NOVEMBER 11, 2011 | $ | 0.00 |
| | | **TOTAL DUE**    $ | **0.00** |

*Thank you*
*Your business is greatly appreciated*